# United States District Court
## Southern District of Georgia

ALPS Property & Casualty Insurance Co.

_____
Plaintiff

v.

Jeremy Cohen, et. al.

_____
Defendants

Case No. ___1:25-cv-00105___

Appearing on behalf of

___Jeremy Cohen and Lorin Cohen___
(Defendants)

### ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This __10th__ day of __June__, __2025__.

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

*****

NAME OF PETITIONER: Ethan M. Knott

Business Address: Fellows LaBriola LLP
Firm/Business Name

233 Peachtree Street NE
Street Address

Suite 2400 | Atlanta | GA | 30303
Street Address (con't) | City | State | Zip

_____
Mailing Address (if other than street address)

Address Line 2 | City | State | Zip

404-586-9200 | 737481
Telephone Number (w/ area code) | Georgia Bar Number

Email Address: eknott@fellab.com