IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| ALPS PROPERTY & CASUALTY INSURANCE CO., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CV 125-105 |
| JEREMY COHEN; LORIN COHEN; XYTEX CRYO INTERNATIONAL, LTD.; and XYTEX VENTURES, LLC, | ) ) ) ) | |
| Defendants. | ) | |

**O R D E R**

In the Rule 26(f) Report, the parties agree the case should be stayed for resolution of threshold coverage questions by summary judgment, and they propose the following summary judgment briefing schedule:

| | |
|---|---|
| Plaintiff's Motion and Opening Memorandum | July 25, 2025 |
| Cohen Defendants' Cross-Motion and Response/ Opening Memorandum | August 15, 2025 |
| Plaintiff's Response/Reply Memorandum | September 5, 2025 |
| Cohen Defendants' Reply Memorandum | September 19, 2025 |

The Court **IMPOSES** the agreed deadlines and **STAYS** all discovery through a final ruling. Should any portion of the case remain, the parties shall confer and submit a new Rule 26(f) Report, with proposed case deadlines, within seven days of the presiding District Judge's ruling.  In the event the presiding District Judge, in his ruling on the dispositive motions,

provides further instructions to the parties that justifies continuation of the stay, the parties shall inform the undersigned to that effect in a status report to be filed within seven days of the presiding District Judge's ruling. The Court **DIRECTS** the **CLERK** to terminate the motion associated with the Rule 26(f) Report. (Doc. no. 22.)

SO ORDERED this 15th day of July, 2025, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA