AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

ALPS PROPERTY & CASUALTY INSURANCE CO.,

      Plaintiff,

           v.

JEREMY COHEN, et al..

      Defendants.

### JUDGMENT IN A CIVIL CASE

CASE NUMBER:  CV125-105

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

that, pursuant to the Order dated March 25, 2026, Plaintiff ALPS Property & Casualty Insurance Co.'s Motion for Summary Judgment is granted, and Defendants Jeremy Cohen and Lorin Cohen's Motion for Partial Summary Judgment is denied; therefore, Judgment is hereby entered in favor of the Plaintiff and this case stands closed.



03/25/2026
*Date*

John E. Triplett, Clerk of Court
*Clerk*

*Jamie Hodge*

*(By) Deputy Clerk*

GAS Rev 10/2020